COUNTY OF NIAGARA, Appellant, *v.* CITY OF LOCKPORT, Respondent.

(Argued January 16, 1934; decided February 27, 1934.)

*Robert L. Rice, Jr.*, and *George M. Tuttle* for appellant.
*James J. Sullivan* and *Merton K. Doty* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not voting: KELLOGG, J.